UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE ASHLEY LUNDY,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHEM LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 19-CV-01387-LHK<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 22 |

Pursuant to the parties' joint stipulation of dismissal with prejudice, ECF No. 22, the Court hereby dismisses this action with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 20, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 19-CV-01387-LHK
ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE